UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------X
Guarino

           Plaintiff,

  -v-

Escapes of Merrick, Ltd.

           Defendants.
-----------------------------------------------------X

ORDER OF DISMISSAL
FOR FAILURE TO
PROSECUTE
CV-03-5318(TCP)

     IT IS HEREBY ORDERED that the above entitled matter be dismissed for failure to prosecute. There having been no activity in this case since 11/2/2004 and there was no response to the request for a written status report filed on 4/19/2006 .

     IT IS FURTHER ORDERED that a copy of this Order be mailed to counsel for all sides and the Clerk of the Court is directed to mark the case closed.

                                            /S/
                                        Thomas C. Platt
                                        U.S. District Judge

Dated: Central Islip, NY
       August 28, 2006